**Order filed August 9, 2011, Withdrawn, Appeal Reinstated and Order filed August 23, 2011.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00603-CR
_____

**KRISTEN LACHELLE BONNEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1285410**

## ORDER

On August 9, 2011, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine if appellant was entitled to a reporter's record without advance payment of costs and appointed counsel on appeal.

On August 10, 2011, a supplemental clerk's record was filed containing an appointment of counsel on appeal. The reporter's record was filed August 15, 2011.

Accordingly, our order of August 9, 2011, is withdrawn. The appeal is reinstated. Appellant's brief is due **September 22, 2011.**


PER CURIAM